```
                      United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02910-RNO
Eugene E Majewski, Jr.                                              Chapter 13
        Debtor
                           **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: RyanEshel            Page 1 of 1            Date Rcvd: Dec 16, 2019
                              Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2019.
db             +Eugene E Majewski, Jr.,    128 Seneca Drive,    Old Forge, PA 18518-1598
               +Mari J. Majewski,    128 Seneca Drive,    Old Forge, PA 18518-1598

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                              Signature:  /s/Joseph Speetjens

---

                          **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Eugene J. Doud    on behalf of Debtor 1 Eugene E Majewski, Jr. ejdoud@aol.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B bkgroup@kmllawgroup.com
              Lauren Berschler Karl    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B
               lkarl@rascrane.com, lbkarl03@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eugene E. Majewski Jr. aka Eugene Majewski aka Eugene Edward Majewski, Jr.<br><br>Debtor<br><br>U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B<br><br>Movant<br>v.<br>Eugene E. Majewski Jr. aka Eugene Majewski aka Eugene Edward Majewski, Jr.<br><br>Debtor(s)<br><br>Mari J. Majewski<br><br>Co-Debtor<br>and<br>Charles J. DeHart, III Esq.<br><br>Trustee | CHAPTER 13<br><br>NO. 19-02910-RNO |

## ORDER

Upon consideration of the Motion filed by U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B, it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing on the Motion for Relief from the Automatic Stay scheduled for December 18, 2019 is hereby continued to January 29, 2020 at 9:30 a.m.

Dated: December 16, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (PAR)