```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02910-RNO
Eugene E Majewski, Jr.                                              Chapter 13
    Debtor
## CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 1        Date Rcvd: Jan 21, 2020
                             Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
5219659       +Mari J. Majewski,   128 Seneca Drive,   Old Forge, PA 18518-1598

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2020 at the address(es) listed below:
           Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
           Eugene J. Doud   on behalf of Debtor 1 Eugene E Majewski, Jr. ejdoud@aol.com
           James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
            capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B bkgroup@kmllawgroup.com
           Lauren Berschler Karl   on behalf of Creditor    U.S. Bank National Association, not in its
            individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B
            lkarl@rascrane.com,   lbkarl03@yahoo.com
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                   TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Eugene E. Majewski Jr. aka Eugene Majewski aka Eugene Edward Majewski, Jr.<br>    Debtor | CHAPTER 13 |
| U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B<br>    Movant<br>vs. | NO. 19-02910 RNO |
| Eugene E. Majewski Jr. aka Eugene Majewski aka Eugene Edward Majewski, Jr.<br>    Debtor | 11 U.S.C. Sections 362 and 1301 |
| Mari J. Majewski<br>    Co-Debtor | |
| Charles J. DeHart, III, Esquire<br>    Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: January 21, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge   BI