Eugene J. Doud, Esq. #32290
Law Offices of Doud & Coyne
1418 Main Street, Suite 102
Peckville, PA 18452
570-487-4550
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Eugene E. Majewski, Jr.<br>aka Eugene Majewski<br>aka Eugene Edward Majewski, Jr.,<br>       Debtor<br><br>Eugene E. Majewski, Jr.<br>aka Eugene Majewski<br>aka Eugene Edward Majewski, Jr.,<br>       Movant<br>  vs.<br><br>All Creditors and Interested Parties Reflected in Case Mailing Matrix,<br>    And<br>Charles J. DeHart, III, Esquire,<br>   Chapter 13 Trustee,<br>      Respondents | Case No: 5:19-bk-02910-RNO<br>Chapter: 13 |

ORDER APPROVING MODIFICATION OF CHAPTER
13 PLAN POST CONFIRMATION (1st Amended Plan)

     AND NOW, upon consideration of the Motion to Modify Plan filed on January 22, 2020, by

Debtor, after Notice given, and – if necessary – upon a hearing held thereon,

     IT IS HEREBY ORDERED, that Debtor's 1st Amended Plan as submitted to this Court is

hereby APPROVED.