```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02910-RNO
Eugene E Majewski, Jr.                                              Chapter 13
       Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AutoDocke           Page 1 of 1              Date Rcvd: Sep 10, 2020
                            Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
5242054        +U.S. BANK NATIONAL ASSOCIATION,    ATTN: Bankruptcy Dept,   PO Box 619096,
                 Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Eugene J. Doud    on behalf of Debtor 1 Eugene E Majewski, Jr. ejdoud@aol.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B bkgroup@kmllawgroup.com
              Lauren Berschler Karl    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B
               lkarl@rascrane.com,    lbkarl03@yahoo.com
              Michelle  Ghidotti    on behalf of Creditor    U.S. Bank Trust, N.A. as Trustee of the Igloo Series
               IV Trust bknotifications@ghidottiberger.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-02910-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Eugene E Majewski, Jr.
128 Seneca Drive
Old Forge PA 18518

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/09/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: U.S. BANK NATIONAL ASSOCIATION, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741 | U.S. Bank Trust, N.A.<br>c/o SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501<br>U.S. Bank Trust, N.A.<br>c/o SN Servicing Corporation |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  09/12/20

Terrence S. Miller
**CLERK OF THE COURT**