United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-02910-MJC |
| Eugene E Majewski, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Oct 28, 2021     Form ID: pdf010     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Eugene J. Doud, Esquire, Law Office of Doud and Coyne, 1418 Main Street, Suite 102, Peckville, PA 18452-2049 |
| + | Mari J. Majewski, 128 Seneca Drive, Old Forge, PA 18518-1598 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eugene J. Doud | on behalf of Debtor 1 Eugene E Majewski Jr. ejdoud@aol.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B bkgroup@kmllawgroup.com |
| Lauren Berschler Karl | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B lkarl@rascrane.com, lbkarl03@yahoo.com |
| Lorraine Gazzara Doyle | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Dwelling |

| | |
|---|---|
| Lorraine Gazzara Doyle | Series IV Trust ldoyle@friedmanvartolo.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust ldoyle@friedmanvartolo.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Michelle Ghidotti | on behalf of Creditor U.S. Bank Trust N.A. as Trustee of the Igloo Series IV Trust bknotifications@ghidottiberger.com |
| Richard Postiglione | on behalf of Creditor U.S. Bank Trust N.A. as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eugene E Majewski, Jr.<br>aka Eugene Majewski<br>aka Eugene Edward Majewski, Jr.,<br>Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Dwelling Series IV Trust,<br>Movant<br>v.<br><br>Eugene E Majewski, Jr.<br>aka Eugene Majewski<br>aka Eugene Edward Majewski, Jr.<br>Mari J. Majewski- Co-Debtor<br>Jack N Zaharopoulos – Trustee,<br>Respondents | Case No..: 5:19-bk-02910-MJC<br><br>Chapter: 13<br><br>Judge: Mark J. Conway |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**UPON** consideration of the Certification of Default filed by SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Dwelling Series IV Trust dated October 25, 2021 and with good cause therefore, it is

**ORDERED** the automatic stay as to the Debtor, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 128 Seneca Drive, Old Forge, PA 18518, and it is further;

**ORDERED** that the relief requested as to the Co-Debtor is denied as the Co-Debtor does not appear to have been a party to the Stipulation filed on January 17, 2020 (Doc. #41); and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further;

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

Dated: October 27, 2021

By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)