UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EUGENE E MAJEWSKI, JR.
AKA: EUGENE MAJEWSKI, EUGENE
EDWARD MAJEWSKI, JR.

CHAPTER 13

  Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
  Movant

CASE NO: 5-19-02910-MJC

EUGENE E MAJEWSKI, JR.
AKA: EUGENE MAJEWSKI, EUGENE
EDWARD MAJEWSKI, JR.

  Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on March 4, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of March 4, 2022, the Debtor(s) is/are $5420.20 in arrears with a plan payment having last been made on Nov 02, 2021

In accordance with said stipulation, the case may be dismissed

Respectfully Submitted,
/s/ Matt Arcuri
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated: March 4, 2022

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EUGENE E MAJEWSKI, JR.
AKA: EUGENE MAJEWSKI, EUGENE EDWARD MAJEWSKI, JR.

CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-19-02910-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 4, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| EUGENE J. DOUD, ESQUIRE<br>1418 MAIN STREET, SUITE 102<br>PECKVILLE, PA 18452 | SERVED ELECTRONICALLY |
| EUGENE E MAJEWSKI, JR.<br>128 SENECA DRIVE<br>OLD FORGE, PA 18518 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2022

Respectfully submitted,
Matt Arcuri
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com