In re:             Case No. 19-02910-MJC

Eugene E Majewski, Jr.          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5       User: AutoDocke       Page 1 of 3

Date Rcvd: Mar 15, 2022       Form ID: pdf010       Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene E Majewski, Jr., 128 Seneca Drive, Old Forge, PA 18518-1598 |
| cr | + | SN Servicing Corporation as Servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5438416 | + | FRIEDMAN VARTOLO, LLP, Attorneys for SN Servicing Corporation, as Servicer for U.S. Bank Trust N.A., 1325 Franklin Avenue, Suite 230, Garden City, New York 11530-1631 |
| 5219657 | + | Fidelity Deposit and Discount Bank, 101 North Blakely Street, Dunmore, PA 18512-1900 |
| 5219659 | + | Mari J. Majewski, 128 Seneca Drive, Old Forge, PA 18518-1598 |
| 5219661 | | Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 5231147 | + | Navient Solutions, LLC on behalf of, Educational Credit Management, Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 5242054 | + | U.S. BANK NATIONAL ASSOCIATION, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 15 2022 18:40:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 15 2022 18:39:00 | U.S. Bank National Association, not in its individ, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: bknotices@snsc.com | Mar 15 2022 18:39:00 | U.S. Bank Trust, N.A. as Trustee of the Igloo Seri, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 5236670 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 15 2022 18:39:00 | ACAR LEASING LTD, D/B/A GM FINANCIAL LEASING, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 5219656 | | Email/Text: mrdiscen@discover.com | Mar 15 2022 18:39:00 | Discover, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 5223754 | | Email/Text: mrdiscen@discover.com | Mar 15 2022 18:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5219658 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 15 2022 18:39:00 | GM Financial, 801 Cherry Street, Suite 3600, Fort Worth, TX 76102-6855 |
| 5221543 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2022 18:40:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5219660 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 15 2022 18:40:17 | Merrick Bank, Customer Service, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5219662 | | Email/Text: BKEBN-Notifications@ocwen.com | Mar 15 2022 18:39:00 | Ocwen Loan Servicing, LLC, P.O. Box 24738, West Palm Beach, FL 33416-4738 |
| 5220196 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 15 2022 18:40:24 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5219663 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2022 18:40:24 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5244964 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2022 18:40:21 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5221778 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2022 18:39:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5242054 | + | Email/Text: nsm_bk_notices@mrcooper.com Mar 15 2022 18:39:00 | | U.S. BANK NATIONAL ASSOCIATION, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 5221701 | + | Email/Text: RASEBN@raslg.com Mar 15 2022 18:39:00 | | U.S. Bank National Association, c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5438411 | + | Email/Text: bknotices@snsc.com Mar 15 2022 18:39:00 | | U.S. Bank Trust National Association, as, Trustee of the Dwelling Series IV Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 5438412 | + | Email/Text: bknotices@snsc.com Mar 15 2022 18:39:00 | | U.S. Bank Trust National Association, as, Trustee of the Dwelling Series IV Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, U.S. Bank Trust National Association, as 95501-0305 |
| 5357800 | + | Email/Text: bknotices@snsc.com Mar 15 2022 18:39:00 | | U.S. Bank Trust, N.A., c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, U.S. Bank Trust, N.A., c/o SN Servicing Corporation 95501-0305 |
| 5357799 | + | Email/Text: bknotices@snsc.com Mar 15 2022 18:39:00 | | U.S. Bank Trust, N.A., c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SN Servicing Corporation as Servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:

**Name**        **Email Address**

| | |
|---|---|
| Eugene J. Doud | on behalf of Debtor 1 Eugene E Majewski Jr. ejdoud@aol.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B bkgroup@kmllawgroup.com |
| Lauren Berschler Karl | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B lkarl@rascrane.com, lbkarl03@yahoo.com |
| Lorraine Gazzara Doyle | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust ldoyle@milsteadlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Lorraine Gazzara Doyle | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Dwelling Series IV Trust ldoyle@milsteadlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Michelle Ghidotti | on behalf of Creditor U.S. Bank Trust N.A. as Trustee of the Igloo Series IV Trust bknotifications@ghidottiberger.com |
| Richard Postiglione | on behalf of Creditor U.S. Bank Trust N.A. as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

EUGENE E MAJEWSKI, JR.
AKA: EUGENE MAJEWSKI,
EUGENE EDWARD MAJEWSKI, JR

                     Debtor 1

Chapter: 13

Case No.: 5-19-bk-02910 MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    vs.                     Movant(s)

EUGENE E MAJEWSKI, JR.
AKA: EUGENE MAJEWSKI,
EUGENE EDWARD MAJEWSKI, JR
                     Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 15, 2022